IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FARZIN FERDOWSI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0236 |
| | ) | Judge Trauger |
| ISLAMIC REPUBLIC OF IRAN, FADAIYAN-I-ISLAM, HOJATIEH, HAJI TOLOUIE, and AYATOLLAH HOSSEIN MOUSAVI TABRIZI, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiff has withdrawn its objections to the Report and Recommendation. (Docket No. 41) The Report and Recommendation (Docket No. 32) is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Complaint is **DISMISSED** for lack of subject matter jurisdiction.

It is so **ORDERED**.

ENTER this 4th day of December 2009.

_____
ALETA A. TRAUGER
U.S. District Judge